UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRAD J. GOLDBERGER,
an individual,

      Plaintiff,

v.

Case No.: 6:24-cv-00088-CEM-RMN

EQUIFAX INFORMATION
SERVICES LLC,
a foreign limited liability company,

      Defendant.
_____/

**PLAINTIFFS' NOTICE OF PENDING SETTLEMENT
AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC**

**COMES NOW**, Plaintiff, BRAD J. GOLDBERGER ("Plaintiff"), by and through the undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC ("Equifax") have reached a conditional settlement in this action. Upon full compliance with the terms of such settlement, Plaintiff and Equifax will request that this matter be dismissed with prejudice.

Dated: September 3, 2024

                                    Respectfully submitted,

                                    **SWIFT LAW PLLC**
                                    /s/ *Aaron M. Swift*
                                    **Aaron M. Swift, Esq., FBN 0093088**
                                    **Jordan T. Isringhaus, Esq., FBN 0091487**

1

**Jon P. Dubbeld, Esq., FBN 105869**
**Sean E. McEleney, Esq., FBN 125561**
11300 4th Street N, Ste. 260
St. Petersburg, FL 33716
Phone: (727) 490-9919
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
jdubbeld@swift-law.com
smceleney@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 3, 2024, I filed a true and correct copy of the above and foregoing *Notice of Settlement* via CM/ECF which will electronically serve all counsel of record:

/s/ *Aaron M. Swift*
Attorney for Plaintiff